JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDLEY G. EVANS,<br><br>        Petitioner,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>        Respondent. | Case No. 5:24-cv-00959-SK<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Motion for Compassionate Release, **IT IS ADJUDGED** that the motion for compassionate release under 18 U.S.C. § 3582 is dismissed for lack of jurisdiction, and that this action is dismissed without prejudice.

DATED: September 8, 2025

STEVE KIM
United States Magistrate Judge